# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JACQUELINE MOORE,<br><br>Defendant. | Case No. 2:18-CR-0026-KJD-VCF<br><br>**ORDER** |

Before the Court for consideration is the Order on Motion to Suppress (#29) containing the findings and recommendations of Magistrate Judge Cam Ferenbach entered May 7, 2018, recommending that Defendant's Motion to Suppress (#21) be denied. Though the time for doing so has passed, Defendant has failed to file objections in accordance with Local Rule ("LR") IB 3-2.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Order on Motion to Suppress (#29) containing the findings and recommendations of Magistrate Judge Cam Ferenbach entered May 7, 2018, should be **ADOPTED** and **AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Order on Motion to Suppress (#29) containing the findings and recommendations of Magistrate Judge Cam

Ferenbach entered May 7, 2018, are **ADOPTED** and **AFFIRMED**, and Defendant's Motion to Suppress (#21) is **DENIED**.

Dated this 24th day of May, 2018.

_____
Kent J. Dawson
United States District Judge