**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 2:18-cr-026-KJD-VCF |
| Plaintiff, ) | |
| ) | ORDER FOR ISSUANCE OF |
| vs. ) | WRIT OF HABEAS CORPUS |
| ) | AD TESTIFICANDUM FOR |
| JACQUELINE MOORE, ) | CHRISTINE OBOTE #1753099 |
| Defendant. ) | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that a Writ of Habeas Corpus ad Testificandum issue out of this Court, directing the production of the body of the said CHRISTINE OBOTE #1753099, before the United States District Judge at Las Vegas, Nevada, on or about Monday, July 16, 2018, for testifying in the above-captioned matter, and from time to time and day to day thereafter until excused by the said Court.

DATED: 7/11/2018

_____
UNITED STATES DISTRICT JUDGE