UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

****

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | CASE: 2:18-CR-00026-KJD-VCF |
| vs. | MINUTES OF THE COURT |
| JACQUELINE MOORE    ,<br>    Defendant. | DATE: 7/16/2018 |

PRESENT: <u>HONORABLE KENT J. DAWSON, UNITED STATES DISTRICT JUDGE</u>

DEPUTY CLERK:    DENISE SAAVEDRA    REPORTER: AMBER MCCLANE

COUNSEL FOR PLAINTIFF(S): PHILLIP SMITH and ALLISON REESE

COUNSEL FOR DEFENDANT(S): REBECCA LEVY and ERIN GETTEL

PROCEEDINGS: **Jury Trial - Day 1**

Proceedings begin at 9:05 a.m. Defendant is present in custody. ATF Agent J. Wu is present as case agent.

Preliminary matters are discussed outside the presence of the jury. The Court Denies [64] Emergency Motion to Continue Trial and Grants [60] Motion in Limine.

53 Prospective jurors enter the Courtroom 9:23 a.m. and are sworn. Voir Dire begins.

Jurors are excused at 11:20 a.m.

Counsel exercise peremptory challenges.

Outside the presence of the jury Ms. Levy makes Batson challenge. The Court hears from Government counsel. Accordingly, as said on the record the Batson challenge is overruled.

Jurors are present at 12:05 p.m.

14 jurors are seated and sworn.

Proceedings recess from 12:15 p.m. – 1:30 p.m.

USA vs. JACQUELINE MOORE
2:18-CR-00026-KJD-VCF
JULY 16, 2018
PAGE 2


Ms. Allison Reese presents opening statements for the Government

Ms. Erin Gettel presents opening statements for Defense.

**Christine Obote** is sworn to testify as a witness for the Government. Mr. Smith examines the witness. Government exhibits 3, 4, 5, 11-1, 11-2, 11-3, 11-4, 11-5, 11-6, 11-7, 11-8, 11-9, 11-10, 11-11, 11-12, 11-13, 11-14, 11-15, 11-16, 11-17 and 14 are marked and admitted.

Proceedings recess from 3:01 p.m. – 3:26 p.m.

**Christine Obote** resumes the witness stand. Mr. Smith continues with direct examination. Mr. Smith passes the witness for cross examination. Ms. Levy cross examines the witness. Defendants exhibit 507 is marked and admitted. Mr. Smith re-direct examines witness. Government exhibits 14 and 9 are marked and admitted. After further examination by Ms. Levy, the witness is excused.

**Monica Dent** is sworn to testify as a witness for the Government. Ms. Reese examines the witness. Ms. Reese passes the witness for cross examination. Ms. Levy cross examines the witness. After further examination by Ms. Reese and Ms. Levy, the witness is excused.

Jurors are admonished at 5:21 p.m.

**IT IS ORDERD that the jury trial is continued to Tuesday, July 17, 2018 at 9:00 A.M.**


DEBRA K. KEMPI, CLERK
United States District Court
By: _____/s/_____
Denise Saavedra, Deputy Clerk