JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
ALLISON REESE
Assistant United States Attorney
Nevada Bar Number 13977
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Allison.Reese@usdoj.gov
*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:18-CR-00026-KJD-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE GOVERNMENT'S RESPONSE DEADLINE TO DEFENDANT'S PRO SE FILING [120] AND [121] NOTICE OF NON-SUPPLEMENTATION** |
| vs. | |
| JACQUELINE MOORE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi Ojeda, Assistant Federal Public Defender, counsel for JACQUELINE MOORE, that the Government's deadline to file its response to Defendant's pro se filing [120] and the [121] Notice of Non-Supplementation, currently set for July 5, 2023, be continued to July 19, 2023.

This Stipulation is entered into for the following reasons:

1.   Counsel for the government is going to be out of the district from July 3, 2023 through July 5, 2023.

2. The Government needs additional time to research the issues raised in Defendant's motion and respond thoroughly and effectively.

3. Defense counsel agrees with the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the deadline.

DATED: June 30, 2023

                                            Respectfully submitted,

                                            JASON M. FRIERSON
                                            United States Attorney

                                            /s/ *Allison Reese*
                                            _____
                                            ALLISON REESE
                                            Assistant United States Attorney


                                            RENE L. VALLADARES
                                            Federal Public Defender

                                            /s/ *Heidi Ojeda*
                                            _____
                                            HEIDI OJEDA
                                            Assistant Federal Public Defender
                                            Counsel for Defendant
                                            JACQUELINE MOORE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-00026-KJD-VCF |
| Plaintiff, | **ORDER** |
| vs. | |
| JACQUELINE MOORE, | |
| Defendant. | |

IT IS ORDERED that the Government's deadline to file its response to Defendant's pro se filing [120] and the [121] Notice of Non-Supplementation, currently set for July 5, 2023, be continued to July 19, 2023.

DATED this 30th day of June, 2023.

_____
HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

3